```
 1  BRUCE M. TOWNER, SBN 107019
    TOWNER LAW OFFICES
 2  1700 Montgomery Street, Suite 110
    San Francisco, CA 94111
 3  Tel.: (415) 495-2800
    Fax: (415) 546-4998
 4
    Attorneys for Plaintiff
 5  KEITH P. BATT
 6
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KEITH P. BATT, | Case No. C 02-4975 MHP |
|---|---|
| Plaintiff, | DENIED BY COURT ORDER |
| v. | STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR SUMMARY JUDGMENT HEARING AND ASSOCIATED DATES |
| CITY OF OAKLAND, | |
| Defendant. | |

The Parties to this Action hereby stipulate to amend the Summary Judgment Hearing schedule and associated dates presently in place in this matter as follows:

The presently scheduled dates state set forth in the Court's minute order of August 30, 2005, which call for a Summary Judgment Hearing of April 17, 2006 at 2 p.m. and associated briefing dates are OFF CALENDAR. In lieu of those dates Parties stipulate to the following dates as respects the Summary Judgment Hearing:

Motions to be filed by April 28, 2006;

Responses to be filed by May 19, 2006;

Replies to be filed by June 2, 2006;

Motions to be heard on June 16, 2006 at 2 p.m.;

STIP. & [PROP.] ORDER AMENDING SCHED. FOR SUM. JUDGMENT HEARING & ASSOC. DATES

REGARDING PLAINTIFF'S FIRST

Depositions of the defendants disclosed party declarants to be completed no later than 30 days prior to the filing of the Motions on March 29, 2006.

SO STIPULATED:

DATED: January 31, 2006

TOWNER LAW OFFICES

By: _____
BRUCE M. TOWNER
Attorney for Plaintiff BATT

SO STIPULATED.

OAKLAND CITY ATTORNEY'S OFFICE

_____
STEPHEN ROWELL,
Attorney for Defendant CITY OF OAKLAND
and Oakland Police Department

## ORDER

Pursuant to the stipulation of the parties in good cause appearing therefor, is hereby ORDERED that the following dates shall be in effect as respects defendants' summary judgment motions:

Motions to be filed by April 28, 2006;

Responses to be filed by May 19, 2006;

Replies to be filed by June 2, 2006;

Motions to be heard on June 16, 2006 at 2 p.m.;

Depositions of the defendants disclosed party declarants to be completed no later than 30 days prior to the date for the filing of the motions.

//
//
//
//
//

PLAINTIFF KEITH BATT'S SETTLEMENT CONFERENCE STATEMENT    -2-

1  Pursuant to the Stipulation of the parties,

2  IT IS HEREBY ORDERED.

3  DATED: _____February 8, 2006_____



The Honorable Marilyn Hall Patel
Judge of the United States District Court

TOWNER LAW OFFICES
1700 Montgomery Street
Suite 10
San Francisco, CA 94111
415.459.2000

PLAINTIFF KEITH BATT'S SETTLEMENT CONFERENCE STATEMENT   -3-

Feb 03 06 03:09p   Towner Law Offices   4155464998   p.6