UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH P. BATT,

    Plaintiff,

v.

CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, and DOES 1–20,

    Defendants.

No. C 02-04975 MHP

**ORDER**
**Re: Additional Briefing**

    Plaintiff Keith Batt filed this action, alleging federal civil rights violations and state law torts in connection with his employment by defendant Oakland Police Department. On May 1, 2006 the parties appeared before the court for oral argument on defendants' motion for summary judgment. At the hearing, the court tentatively indicated its intention to grant defendants' motion with respect to plaintiff's First Amendment claim as a result of plaintiff's failure to establish a causal connection between a protected act of speech and retaliatory adverse employment action.

    Plaintiff subsequently filed a request for additional briefing on the question of whether the doctrine of prior restraint applies to plaintiff's claims. As the question was not raised in the parties previous submissions or at argument, the court finds that supplemental briefing is appropriate. The parties are therefore ordered to provide supplemental briefing as set forth below, after which the matter will be deemed submitted.

    (1) Within 14 days of this order, plaintiff shall submit a brief, not to exceed five pages in length, on the question of whether the doctrine of prior restraint and related principles apply to plaintiff's First Amendment Claim.

(2) Within 14 days of plaintiff's submission, defendants' shall submit a response, also not to exceed five pages.

IT IS SO ORDERED.

Dated: 5/11/06

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2