Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Stephen Q. Rowell, Deputy City Attorney – State Bar No. 098228
One Frank Ogawa Plaza, Sixth Floor
Oakland, California  94612
Telephone:    (510) 238-7686
Facsimile:    (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND
and OAKLAND POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH P. BATT,<br><br>            Plaintiff,<br>  vs.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and DOES 1-20,<br><br>            Defendants. | Case No.:   C -02-04975 TEH<br><br>**STIPULATION AND  [PROPOSED] ORDER CONTINUING CMC TO AUGUST 27, 2007.** |

The parties, acting by and through their respective attorneys, stipulate and respectfully request that the Case Management Conference scheduled for Monday, June 11, 2007 be continued to August 27, 2007.  Good cause exists for this continuance as follows.   Counsel for plaintiff Keith Batt had a scheduling conflict for Monday June 11 requiring his attendance in San Diego.  Counsel for the defendants will be out of the country June 15 through the 22 and again from July 20th through August 7th.   Based on discussions with Ms. Espinosa, courtroom deputy to the Honorable Thelton E. Henderson, and counsel in the Hornung v City of Oakland case, case number C06 2340 TEH, as well as counsel for plaintiff Keith Batt in the above captioned matter, it was agreed that the next mutually

1  convenient date for case management for all parties in both cases and the Court is Monday August
2  27th at 1:30 p.m.   A joint status conference statement will be filed in each case by Monday August
3  20, 2007.
4        The parties in the above captioned matter respectfully request a referral to Magistrate Judge
5  Larson for a mandatory settlement conference.
6        So Stipulated:
7  Dated: June 8 , 2007                BERTRAND, FOX & ELLIOT

                          By:  _____/s/_____
                               GREGORY M. FOX
                               Attorneys for Defendants CITY OF OAKLAND
                               and OAKLAND POLICE DEPARTMENT

12 Dated:  June 8, 2007              TOWNER LAW OFFICES


                          By:  _____/s/_____
                               BRUCE M. TOWNER
                               Attorney for Plaintiff Keith Batt

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


20 Dated: June 8, 2007                    _____/s/_____
                                          GREGORY M. FOX



                          [Proposed]   ORDER

Good cause appearing the stipulation is So Ordered.




27 Dated: 06/12/07                        _____
28                                        Judge of the District Court

*Judge Thelton E. Henderson*

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC