LAW OFFICES OF
**BERTRAND, FOX & ELLIOT**
A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| THOMAS F. BERTRAND | THE WATERFRONT BUILDING | TELECOPIER: (415) 353-0990 |
| GREGORY M. FOX | 2749 HYDE STREET | |
| EUGENE B. ELLIOT | SAN FRANCISCO, CALIFORNIA 94109 | OF COUNSEL |
| DANA L. SOONG | TELEPHONE: (415) 353-0999 | NANCY A. HUNEKE |
| RICHARD W. OSMAN | E-Mail: gfox@bfesf.com | ARLENE HELFRICH |
| MICHAEL C. WENZEL | | RICHARD E. HAMMOND |
| HELEN M. KIM | | |
| CHRISTINE LEE | | |

June 26, 2007

Chief Magistrate Judge James Larson
Courtroom F 15th Floor
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

    RE: *Batt v. City of Oakland, et al.*
          U.S. District Court Case No.: C 02-4975 TEH (JL)
          Our File NO.: OAK 4047

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge James Larson]*

Dear Judge Larson:

    This letter confirms that all parties have agreed to continue the Settlement Conference date from September 14, 2007 to September 18, 2007 at 10:00 a.m. and that two copies of confidential Settlement Conference Statements should be lodged with chambers at least seven calendar days before the conference date.

                              Very truly yours,

                              BERTRAND, FOX & ELLIOT

                      By:          /s/
                              Gregory M. Fox

GMF/jt

cc:    Bruce M. Towner, Esq.
       Randall Hall, Esq.
       Mary McCutcheon
       Cary Ell