Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, Sixth Floor
Oakland, California  94612
Telephone:   (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH P. BATT<br><br>               Plaintiff,<br>      vs.<br><br> CITY OF OAKLAND;<br>OAKLAND POLICE DEPARTMENT; and<br>DOES 1 through 20,<br><br>               Defendants. | Case No.:   C 02-4975  TEH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Plaintiff  KEITH P. BATT, by and through his counsel of record Bruce M. Towner of the Towner Law Offices  and Defendants  CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT, by and through their counsel of record Gregory M. Fox of Bertrand, Fox and Elliot, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties acting by and through their designated counsel that the above-captioned action, Batt  v. City of Oakland et. al, C02-4975 TEH, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) pursuant to the Settlement

1  Agreement and Full and Final Release Of All Claims ("Agreement") entered into between the parties
2  and orally confirmed by telephone on September 12, 2007 with Magistrate Judge Larson and which
3  Agreement is incorporated herein as though fully set forth.  Each side to bear their own fees and
4  costs.

6          SO STIPULATED.

8  Dated:  October 1, 2007                    BERTRAND, FOX & ELLIOT

10                                             By:  _____/s/_____
11                                                 GREGORY M. FOX
                                                    Attorneys for Defendants CITY OF OAKLAND and
12                                                 OAKLAND POLICE DEPARTMENT

16
17 Dated: September 21, 2007                   TOWNER LAW OFFICES

19                                             By:  _____/s/_____
                                                    BRUCE M. TOWNER
20                                                 Attorneys for Plaintiff Keith P. Batt

22                              ATTORNEY ATTESTATION
23     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
24 "conformed" signature (/s/) within this E-filed document.
25 Dated:  October 1, 2007

27                                             By:  _____/s/_____
                                                    Gregory M. Fox
28                                                 Bertrand, Fox & Elliot

## **ORDER**

Good cause appearing the Stipulation is So Ordered.   The entire action is dismissed with prejudice.  Each side to bear their own fees and costs.

Dated:  October _4_, 2007



Honorable Thelton E. Henderson
United States District Court Judge